1  HILARY POTASHNER (No. 167060)
   Federal Public Defender
2  (E-mail: Hilary_Potashner@fd.org)
                (No.         )
3  Deputy Federal Public Defender
   (E-mail:                  )
4  3801 University Ave, Suite 700
5  Riverside, California 92501
   Telephone (951) 276-6346
6  Facsimile (951) 276-6368

7  Attorneys for Defendant
8

FILED
CLERK, U.S. DISTRICT COURT
DEC 17 2015
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

9           UNITED STATES DISTRICT COURT
10           CENTRAL DISTRICT OF CALIFORNIA
             SOUTHERN DIVISION
11

12  UNITED STATES OF AMERICA,     )   NO. 5:15-mj-498M
              Plaintiff,          )
13                                )   Assertion of Fifth and Sixth
                                  )   Amendment Rights
14                                )
              v.  Enrique Marquez )
15                                )
              Defendant           )
16                                )

17        I, the above-named defendant, hereby assert my Fifth and Sixth Amendment
18  rights to remain silent and to have counsel present at any and all of my interactions with
19  the government or others acting on the government's behalf. I do not wish to, and will
20  not, waive any of my constitutional rights except in the presence of counsel. I do not
    want the government or others acting on the government's behalf to question me, or to
21  contact me seeking my waiver of any rights, unless my counsel is present.
22

23  _____        Young J. Kim _____
    (Defendant's Signature)        Attorney's Name/Signature
24

25
26  Date/Time  12/17/15 _____   a.m./p.m.

27  Interpreter: _____
28
                        1