UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA



**CASE SUMMARY**

Case Number: EDCR 15-0093 JGB

Defendant Number: _____

U.S.A. v. Enrique MARQUEZ, JR.

Year of Birth: 1991

Investigative agency (FBI, DEA, etc.): FBI

[✓] Indictment    [ ] Information

FILED 2015 DEC 30 PM 3:36 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF.

**NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A"**

**OFFENSE/VENUE**

a. Offense charged as a:

[ ] Class A Misdemeanor  [ ] Minor Offense  [ ] Petty Offense
[ ] Class B Misdemeanor  [ ] Class C Misdemeanor  [✓] Felony

b. Date of Offense: Unknown date to July 17, 2015

c. County in which first offense occurred: Riverside

d. The crimes charged are alleged to have been committed in:

CHECK **ALL** THAT APPLY

[ ] Los Angeles    [ ] Ventura
[ ] Orange         [ ] Santa Barbara
[✓] Riverside      [ ] San Luis Obispo
[✓] San Bernardino [ ] Other _____

Citation of Offense: _____

**RELATED CASE**

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?  [✓] No   [ ] Yes

IF YES  Case Number: N/A

Pursuant to General Order 14-03, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any: **MUST MATCH NOTICE OF RELATED CASE**    N/A

**PREVIOUSLY FILED COMPLAINT**

A complaint was previously filed on: December 17, 2015

Case Number: 5:15-mj-00498

Charging: 18 U.S.C. Sections 2339A(a), 922(a)(6), and 1546

The complaint:    [✓] is still pending
                  [ ] was dismissed on: _____

**PREVIOUS COUNSEL**

Was defendant previously represented?   [ ] No   [✓] Yes

IF YES, provide, Name: _____
Phone Number: _____

**COMPLEX CASE**

Are there 8 or more defendants in the Indictment/Information?
[ ] Yes*   [✓] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[✓] Yes*   [ ] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

**Superseding Indictment/Information**

**IS THIS A NEW DEFENDANT?**   [ ] Yes   [✓] No

This is the  N/A  superseding charge, i.e. 1st, 2nd.

The superseding case was previously filed on: N/A

Case Number: N/A

The superseded case:

[ ] is still pending before Judge/Magistrate Judge
N/A

[ ] was previously dismissed on   N/A

Are there 8 or more defendants in the superseding case?
[ ] Yes*   [ ] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*   [ ] No

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CASE SUMMARY**

Was a Notice of Complex Case filed on the Indictment or Information?
☐ Yes   ☐ No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

Is an interpreter required?   ☐ YES   ☑ NO
IF YES, list language and/or dialect: _____

**OTHER**
☑ Male   ☐ Female
☑ U.S. Citizen   ☐ Alien
Alias Name(s) _____

This defendant is charged in:   ☑ All counts
☐ Only counts: _____
☐ This defendant is designated as "High Risk" per 18 USC § 3146 (a)(2) by the U.S. Attorney.
☐ This defendant is designated as "Special Case" per 18 USC § 3166 (b)(7).

Is defendant a juvenile?   ☐ Yes   ☑ No
IF YES, should matter be sealed?   ☐ Yes   ☑ No

The area of substantive law that will be involved in this case includes:
☐ financial institution fraud   ☐ public corruption
☐ government fraud            ☐ tax offenses
☐ environmental issues         ☐ mail/wire fraud
☐ narcotics offenses           ☐ immigration offenses
☑ violent crimes/firearms      ☐ corporate fraud
☑ Other   national security and terrorism

**CUSTODY STATUS**

Defendant is **not** in custody:
a. Date and time of arrest on complaint: N/A
b. Posted bond at complaint level on: N/A
   in the amount of $ N/A
c. PSA supervision?   ☐ Yes   ☑ No
d. Is on bail or release from another district: N/A

Defendant is **in** custody:
a. Place of incarceration:   ☐ State   ☑ Federal
b. Name of Institution:   MDC -- Los Angeles
c. If Federal: U.S. Marshal's Registration Number:
   71450-112
d. ☑ Solely on this charge.  Date and time of arrest:
   December 17, 2015 @ approximately 1:30 p.m.
e. On another conviction:   ☐ Yes   ☑ No
   IF YES:   ☐ State   ☐ Federal   ☐ Writ of Issue
f. Awaiting trial on other charges::   ☐ Yes   ☑ No
   IF YES:   ☐ State   ☐ Federal   AND
   Name of Court: N/A
Date transferred to federal custody: N/A
This person/proceeding is transferred from another district pursuant to F.R.Cr.P.   20 ___   21 ___   40 ___

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information. EXPLAIN: _____

Date   12/29/2015

Signature of Assistant U.S. Attorney
JAY H. ROBINSON
Print Name