EILEEN M. DECKER
United States Attorney
PATRICIA A. DONAHUE
Assistant United States Attorney
Chief, National Security Division
JAY H. ROBINSON (California Bar No. 230015)
MELANIE SARTORIS (California Bar No. 217560)
MIEKE B. TARWATER (California Bar No. 228828)
Assistant United States Attorneys
Terrorism and Export Crimes Section
     3403 Tenth Street
     Suite 200
     Riverside, California 92501
     Telephone: (951) 276-6267
                (213) 894-5615
                (213) 894-0687
     Facsimile: (951) 276-6202
                (213) 894-7631
     E-mail:    jay.robinson@usdoj.gov
                melanie.sartoris@usdoj.gov
                mieke.tarwater@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>               v.<br><br>ENRIQUE MARQUEZ, JR,<br><br>          Defendant. | No. ED CR 15-93-JGB<br><br>ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT<br><br>**[PROPOSED] TRIAL DATE: July 19, 2016 at 9:00 a.m.**<br><br>**[PROPOSED] STATUS CONFERENCE AND MOTIONS HEARING DATE: June 27, 2016 at 2:00 p.m.** |

     The Court has read and considered the Stipulation Regarding Request for (1) Continuance of Trial Date and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act, filed by the parties in this matter.  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order,

1 | demonstrates facts that support a continuance of the trial date in
2 | this matter, and provides good cause for a finding of excludable time
3 | pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.
4 |     The Court further finds that:  (i) the ends of justice served by
5 | the continuance outweigh the best interest of the public and
6 | defendant in a speedy trial; (ii) failure to grant the continuance
7 | would be likely to make a continuation of the proceeding impossible,
8 | or result in a miscarriage of justice; (iii) the case is so unusual
9 | and so complex, due to the nature of the prosecution, that it is
10 | unreasonable to expect preparation for pre-trial proceedings or for
11 | the trial itself within the time limits established by the Speedy
12 | Trial Act; and (iv) failure to grant the continuance would
13 | unreasonably deny defendant continuity of counsel and would deny
14 | defense counsel the reasonable time necessary for effective
15 | preparation, taking into account the exercise of due diligence.
16 |     THEREFORE, FOR GOOD CAUSE SHOWN:
17 |     1.   The trial in this matter is continued from February 23,
18 | 2016 at 9:00 a.m. to July 19, 2016 at 9:00 a.m.  The Status
19 | Conference and Motions Hearing date is continued from February 8,
20 | 2016 at 2:00 p.m. to June 27, 2016 at 2:00 p.m.
21 |     2.   The time period of February 23, 2016 to June 27, 2016,
22 | inclusive, is excluded in computing the time within which the trial
23 | must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i),
24 | (B)(ii), and (B)(iv).
25 |     3.   Nothing in this Order shall preclude a finding that other
26 | provisions of the Speedy Trial Act dictate that additional time
27 | periods are excluded from the period within which trial must
28 | commence.  Moreover, the same provisions and/or other provisions of

the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

   IT IS SO ORDERED.


 February 1, 2016
 DATE                                   HONORABLE JESUS G. BERNAL
                                        UNITED STATES DISTRICT JUDGE



Presented by:

/s/ Melanie Sartoris
MELANIE SARTORIS
Assistant United States Attorney

3