EILEEN M. DECKER
United States Attorney
PATRICIA A. DONAHUE
Assistant United States Attorney
Chief, National Security Division
JAY H. ROBINSON (California Bar No. 230015)
MELANIE SARTORIS (California Bar No. 217560)
MIEKE B. TARWATER (California Bar No. 228828)
Assistant United States Attorneys
Terrorism and Export Crimes Section
     3403 Tenth Street
     Suite 200
     Riverside, California 92501
     Telephone: (951) 276-6267
                (213) 894-5615
                (213) 894-0687
     Facsimile: (951) 276-6202
                (213) 894-7631
     E-mail:    jay.robinson@usdoj.gov
                melanie.sartoris@usdoj.gov
                mieke.tarwater@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. ED CR 15-93-JGB |
|---|---|
| Plaintiff, | [PROPOSED] ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT |
| v. | |
| ENRIQUE MARQUEZ, JR., | **[PROPOSED] TRIAL DATE: [3-21-17]** |
| Defendant. | **[PROPOSED] STATUS CONFERENCE AND MOTIONS HEARING DATE: [3-6-17]** |

The Court has read and considered the Stipulation Regarding Request for (1) Continuance of Trial Date and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act, filed by the parties in this matter on April 29, 2016.  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the

trial date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; (iii) the case is so unusual and so complex, due to the nature of the prosecution, that it is unreasonable to expect preparation for pre-trial proceedings or for the trial itself within the time limits established by the Speedy Trial Act; and (iv) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The trial in this matter is continued from July 19, 2016 to March 21, 2017. The status conference and hearing date on motions *in limine* to March 6, 2017. The briefing schedule for any motions *in limine* shall be: motions *in limine* to be filed no later than January 30, 2017; oppositions to be filed no later than February 13, 2017; and replies to be filed no later than February 21, 2017. The hearing date for any pre-trial motions and motions to suppress evidence shall be December 5, 2016. The briefing schedule for any pre-trial motions and motions to suppress evidence shall be: motions

///
///
///

to be filed no later than October 3, 2016; oppositions to be filed no later than November 7, 2016; and replies to be filed no later than November 21, 2016.

2.  The time period of July 19, 2016 to March 21, 2017, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), (B)(ii), and (B)(iv).

3.  Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence.  Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO ORDERED.

_____          _____
 DATE                                    HONORABLE JESUS G. BERNAL
                                         UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Jay H. Robinson*
JAY H. ROBINSON
Assistant United States Attorney