1  EILEEN M. DECKER
   United States Attorney
2  PATRICIA A. DONAHUE
   Assistant United States Attorney
3  Chief, National Security Division
   JAY H. ROBINSON (California Bar No. 230015)
4  MELANIE SARTORIS (California Bar No. 217560)
   MIEKE B. TARWATER (California Bar No. 228828)
5  Assistant United States Attorneys
   Terrorism and Export Crimes Section
6       3403 Tenth Street
        Suite 200
7       Riverside, California 92501
        Telephone: (951) 276-6267
8                  (213) 894-5615
                   (213) 894-0687
9       Facsimile: (951) 276-6202
                   (213) 894-7631
10      E-mail:    jay.robinson@usdoj.gov
                   melanie.sartoris@usdoj.gov
11                     mieke.tarwater@usdoj.gov

12 Attorneys for Plaintiff
   UNITED STATES OF AMERICA
13

14                   UNITED STATES DISTRICT COURT

15                FOR THE CENTRAL DISTRICT OF CALIFORNIA

| 16 | UNITED STATES OF AMERICA, | No. ED CR 15-93-JGB |
|----|---|---|
| 17 | Plaintiff, | ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT |
| 18 | v. | |
| 19 | ENRIQUE MARQUEZ, JR., | |
| 20 | Defendant. | **[PROPOSED] TRIAL DATE: [3-21-17]** |
| 21 | | **[PROPOSED] STATUS CONFERENCE AND MOTIONS HEARING DATE: [3-6-17]** |
| 22 | | |

23      The Court has read and considered the Stipulation Regarding

24 Request for (1) Continuance of Trial Date and (2) Findings of

25 Excludable Time Periods Pursuant to Speedy Trial Act, filed by the

26 parties in this matter on April 29, 2016.  The Court hereby finds

27 that the Stipulation, which this Court incorporates by reference into

28 this Order, demonstrates facts that support a continuance of the

1 trial date in this matter, and provides good cause for a finding of
2 excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.
3      The Court further finds that: (i) the ends of justice served by
4 the continuance outweigh the best interest of the public and
5 defendant in a speedy trial; (ii) failure to grant the continuance
6 would be likely to make a continuation of the proceeding impossible,
7 or result in a miscarriage of justice; (iii) the case is so unusual
8 and so complex, due to the nature of the prosecution, that it is
9 unreasonable to expect preparation for pre-trial proceedings or for
10 the trial itself within the time limits established by the Speedy
11 Trial Act; and (iv) failure to grant the continuance would
12 unreasonably deny defendant continuity of counsel and would deny
13 defense counsel the reasonable time necessary for effective
14 preparation, taking into account the exercise of due diligence.
15      THEREFORE, FOR GOOD CAUSE SHOWN:
16   1.  The trial in this matter is continued from July 19, 2016 to
17 March 21, 2017, at 9:00 a.m.  The status conference and hearing date
18 on motions *in limine* to March 6, 2017, at 2:00 p.m.  The briefing
19 schedule for any motions *in limine* shall be: motions *in limine* to be
20 filed no later than  January 30, 2017; oppositions to be filed no
21 later than February 13, 2017; and replies to be filed no later than
22 February 21, 2017.  The hearing date for any pre-trial motions and
23 motions to suppress evidence shall be December 5, 2016.  The briefing
24 schedule for any pre-trial motions and motions to suppress evidence
25 shall be: motions  ///
26 ///
27 ///
28

2

to be filed no later than October 3, 2016; oppositions to be filed no later than November 7, 2016; and replies to be filed no later than November 21, 2016.

    2.    The time period of July 19, 2016 to March 21, 2017, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), (B)(ii), and (B)(iv).

    3.    Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence.  Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

    IT IS SO ORDERED.

May 2, 2016
DATE

HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Jay H. Robinson*
JAY H. ROBINSON
Assistant United States Attorney