YOUNG J. KIM (No. 264195)
Deputy Federal Public Defender
(Email: Young_Kim@fd.org)
3801 University Avenue, Suite 700
Riverside, CA 92501   951-276-6346/951-276-6368 (fax)

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br><br>v.<br><br>ENRIQUE MARQUEZ, JR.,<br><br>PLAINTIFF(S)<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>ED CR 15-93-JGB<br><br>**NOTICE OF MANUAL FILING<br>OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: **(List Documents)**

Ex Parte Application To File In Camera;
[Proposed] Order In Camera;
In Camera Document

**Reason:**

☐ Under Seal
☑ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

| | |
|---|---|
| June 21, 2016 | /s/ Young J. Kim |
| Date | Attorney Name |
| | Defendant, Enrique Marquez, Jr. |
| | Party Represented |

*Note:  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*