YOUNG J. KIM (No. 264195)
Deputy Federal Public Defender
(Email: Young_Kim@fd.org)
3801 University Avenue, Suite 700
Riverside, CA 92501   951-276-6346/951-276-6368 (fax)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF(S) v. ENRIQUE MARQUEZ, JR., DEFENDANT(S). | CASE NUMBER: ED CR 15-93-JGB |
|---|---|
| | NOTICE OF MANUAL FILING OR LODGING |

**PLEASE TAKE NOTICE:**

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually [✓] Filed  [ ] Lodged: **(List Documents)**

Ex Parte Application To File In Camera;
[Proposed] Order In Camera;
In Camera Document

**Reason:**

[ ] Under Seal
[✓] In Camera
[ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
[ ] Per Court order dated: _____
[ ] Other:

October 24, 2016               /s/ Young J. Kim
Date                           Attorney Name
                               Defendant, Enrique Marquez, Jr.
                               Party Represented

*Note:  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                 NOTICE OF MANUAL FILING OR LODGING