Case 5:15-cr-00093-JGB   Document 67   Filed 02/16/17   Page 1 of 1   Page ID #:378

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - CHANGE OF PLEA

Case No.: EDCR 15-00093-JGB                      Date: February 16, 2017

Present: The Honorable Jesus G. Bernal, ☑ District Judge / ☐ Magistrate Judge

| M. Galvez/I. Vazquez | Adele C. Frazier | N/A | Jay Robinson |
|---|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Interpreter* | *Assistant U.S. Attorney* |

| USA v. DEFENDANT(S) PRESENT | ATTORNEYS PRESENT FOR DEFENDANTS |
|---|---|
| Enrique Marquez, Jr.<br>☑ Custody ☐ Bond ☐ O/R | Young Kim / Angela Viramontes, DFPD<br>☑ Appointed ☐ Retained |
| ☐ Custody ☐ Bond ☐ O/R | ☐ Appointed ☐ Retained |
| ☐ Custody ☐ Bond ☐ O/R | ☐ Appointed ☐ Retained |
| ☐ Custody ☐ Bond ☐ O/R | ☐ Appointed ☐ Retained |
| ☐ Custody ☐ Bond ☐ O/R | ☐ Appointed ☐ Retained |

**PROCEEDINGS:** CHANGE OF PLEA

☑ Defendant moves to change plea to the Indictment.
☑ Defendant now enters a new and different plea of Guilty to Count(s) One and Two of the Indictment.

☑ The Court questions the defendant regarding plea of Guilty and finds it knowledgeable and voluntary and orders the plea accepted and entered
☑ The Court refers the defendant to the Probation Office for investigation and report and continues the matter to August 21, 2017 at 2:00 p.m. for sentencing.
☑ The Court vacates the court and/or jury trial date.
☑ The pretrial conference set for September 11, 2017 is off calendar as to defendant Enrique Marquez, Jr. .
☐ Court orders:

☐ Other:

                                                                           -  :  43
                                              Initials of Deputy Clerk   MG/IV

cc:  Probation Office

CR-08 (09/09)                    **CRIMINAL MINUTES - CHANGE OF PLEA**