SANDRA R. BROWN
Acting United States Attorney
PATRICK R. FITZGERALD
Assistant United States Attorney
Chief, National Security Division
JAY H. ROBINSON (California Bar No. 230015)
MELANIE SARTORIS (California Bar No. 217560)
DEIRDRE Z. ELIOT (California Bar No. 145007)
Assistant United States Attorneys
Terrorism and Export Crimes Section
    3403 Tenth Street
    Suite 200
    Riverside, California 92501
    Telephone: (951) 276-6267
             (213) 894-5615
             (714) 338-3599
    Facsimile: (951) 276-6202
             (213) 894-7631
             (714) 338-3561
    E-mail:   jay.robinson@usdoj.gov
               melanie.sartoris@usdoj.gov
               deirdre.eliot@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. ED CR 15-93-JGB |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING HEARING |
| v. | |
| ENRIQUE MARQUEZ, JR., | **SENTENCING DATE: August 21, 2017** |
| Defendant. | **[PROPOSED] SENTENCING DATE: November 6, 2017** |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Jay H. Robinson, Melanie Sartoris, and Deirdre Z. Eliot, and defendant ENRIQUE

MARQUEZ, JR., by and through his counsels of record, Young J. Kim, Esq. and Angela Viramontes, Esq., hereby stipulate as follows:

1.   The Indictment in this case was filed on December 30, 2015. Defendant first appeared before a judicial officer of the court in which the charges in this case were pending on December 17, 2015. The Speedy Trial Act, 18 U.S.C. § 3161, originally required that the trial commence on or before March 9, 2016.

2.   On February 16, 2017, defendant pled guilty pursuant to a written plea agreement with the government to violating 18 U.S.C. § 2339A(a): Conspiracy to Provide Material Support to Terrorists (Count One), and 18 U.S.C. § 922(a)(6): False Statements in Connection with the Acquisition of a Firearm (Count Two). The Court set defendant's sentencing for August 21, 2017. Defendant is detained pending sentencing.

3.   By this stipulation, the parties respectfully move to continue the sentencing hearing from August 21, 2017, to November 6, 2017.

    a.   Defendant needs additional time to prepare his written sentencing position and believes it is in his best interest to seek a continuance.

    b.   The government may include an expert witness report in

///
///
///

its sentencing position.  The expert witness does not expect to complete such a report prior to September 15, 2017.

    4.   The government does not object to this request.

   IT IS SO STIPULATED.

Dated: June 29, 2017                Respectfully submitted,

                                      SANDRA R. BROWN
                                      Acting United States Attorney

                                      PATRICK R. FITZGERALD
                                      Assistant United States Attorney
                                      Chief, National Security Division

                                      */s/ Jay H. Robinson*
                                      JAY H. ROBINSON
                                      MELANIE SARTORIS
                                      DEIRDRE Z. ELIOT
                                      Assistant United States Attorneys

                                      Attorneys for Plaintiff
                                      UNITED STATES OF AMERICA


Dated: June 29, 2017                */s/ by electronic authorization*
                                      YOUNG J. KIM
                                      ANGELA VIRAMONTES
                                      Attorney for Defendant
                                      ENRIQUE MARQUEZ, JR.