HILARY POTASHNER (Bar No. 167060)
Federal Public Defender
YOUNG J. KIM (Bar No. 264195)
Deputy Federal Public Defender
(E-Mail: Young_Kim@fd.org)
ANGELA C. C. VIRAMONTES (Bar No. 228228)
Deputy Federal Public Defender
(E-Mail: Angela_Viramontes@fd.org)
3801 University Avenue, Suite 700
Riverside, California  92501
Telephone:  (951) 276-6346
Facsimile:  (951) 276-6368

Attorneys for Defendant
ENRIQUE MARQUEZ, JR.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DIVISION

| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>ENRIQUE MARQUEZ, Jr.,<br><br>            Defendant. | Case No. ED CR 15-93-JGB<br><br>**EX PARTE APPLICATION TO CONTINUE SENTENCING; DECLARATION OF COUNSEL; [PROPOSED] ORDER** |
|---|---|

Defendant Enrique Marquez, Jr., respectfully requests that the Court continue his sentencing from February 26, 2018, at 2:00 p.m., to April 30, 2018, at 2:00 p.m. This application is based on the attached declaration of counsel, all files and records in this case, and such further information as may be provided to the Court with respect to this application.

                              Respectfully submitted,

                              HILARY POTASHNER
                              Federal Public Defender

DATED: January 11, 2018       By  /s/ Young J. Kim
                              YOUNG J. KIM
                              Deputy Federal Public Defender

## **DECLARATION OF YOUNG J. KIM**

I, Young J. Kim, declare:

1. I am a Deputy Federal Public Defender in the Central District of California. The Court appointed my office to represent defendant Enrique Marquez, Jr.

2. Mr. Marquez requests that the Court continue his sentencing to April 30, 2018.

3. Mr. Marquez pled guilty on February 16, 2017. At that time, the Court set sentencing for August 21, 2017.

4. On June 29, 2017, the parties filed a stipulation requesting that the sentencing be continued to November 6, 2017. The Court granted the continuance.

5. On October 13, 2017, Mr. Marquez filed an *ex parte* application to continue sentencing to February 26, 2018, which the government opposed. The Court granted the continuance.

6. In response to the government's representation that it will call a terrorism expert at sentencing, the defense, on November 18, 2017, retained Dr. Marc Sageman as a terrorism expert. Dr. Sageman was retained to review the discovery, interview Mr. Marquez, and write a report with possible mitigation for presentation at sentencing. To date, Dr. Sageman has diligently reviewed the discovery, which consists of over 3,500 pages of transcripts of Mr. Marquez's interviews with the FBI, several hundred pages of 302s, various video and audio recordings, and other materials, but needs additional time to finish his review. Further, he is scheduled to interview Mr. Marquez this month and is currently making travel arrangements from Washington D.C., to Los Angeles for those meetings. After he completes his interviews and review of discovery, he will need additional time to write a report, if any.

7. On November 21, 2017, the government produced additional discovery to the defense, which consists of (1) audio and video recording of all witnesses that were not provided before (the transcripts were provided previously); (2) Mr. Marquez's Facebook page, which consists of 13,369 pages of data; (3) Google search warrant

results; (4) Mr. Marquez's bank records; (5) photos from the Tomlinson Ave. raid; (6) photos of Enrique's call logs from his cell phone; (7) Video from UCLA Harbor Medical; and (8) photos from the Forum Way raid. The defense team, and Dr. Marc Sageman, the defense expert, needs additional time to review the new discovery.

8. On January 9, 2018, defense counsel communicated to the government our intent to seek a continuance of the sentencing date. The government opposes a continuance.

9. Based on the foregoing, the defense respectfully requests that the Court continue the sentencing to April 30, 2018.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on January 11, 2018, at Riverside, California.

/s/ Young J. Kim
YOUNG J. KIM