TRACY L. WILKISON
Attorney for the United States,
Acting Under Authority Conferred by
28 U.S.C. § 515
PATRICK R. FITZGERALD
Assistant United States Attorney
Chief, National Security Division
CHRISTOPHER D. GRIGG (California Bar No. 220243)
Assistant United States Attorney
Chief, Terrorism and Export Crimes Section
MELANIE SARTORIS (California Bar No. 217560)
DEIRDRE Z. ELIOT (California Bar No. 145007)
Assistant United States Attorneys
Terrorism and Export Crimes Section
     3403 Tenth Street
     Suite 200
     Riverside, California 92501
     Telephone: (213) 894-5429
                (213) 894-5615
                (714) 338-3599
     Facsimile: (213) 894-7631
                (714) 338-3561
     E-mail:    christopher.grigg@usdoj.gov
                melanie.sartoris@usdoj.gov
                deirdre.eliot@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 15-93-JGB |
| Plaintiff, | GOVERNMENT'S OPPOSED *EX PARTE* APPLICATION FOR ORDER REQUIRING DISCLOSURE OF DEFENDANT'S EXPERT REPORT(S); [PROPOSED] ORDER |
| v. | |
| ENRIQUE MARQUEZ, JR., | |
| Defendant. | |

The United States of America, by and through its counsel of record, hereby applies for an order requiring defendant Enrique Marquez, Jr. ("defendant"), to disclose expert reports he intends to introduce in support of his position at sentencing.  Defendant opposes this application.

This application rests on the attached memorandum, the files and records in this case, and such further evidence and argument as the Court may allow.

Dated: May 25, 2018                    Respectfully submitted,

TRACY L. WILKISON
Attorney for the United States,
Acting Under Authority Conferred by
28 U.S.C. § 515

PATRICK R. FITZGERALD
Assistant United States Attorney
Chief, National Security Division


 */s/ Melanie Sartoris*
CHRISTOPHER R. GRIGG
DEIRDRE Z. ELIOT
MELANIE SARTORIS
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**MEMORANDUM**

Defendant's sentencing is set for hearing on July 13, 2018.  In support of his *ex parte* applications to continue sentencing defendant indicated he retained a "terrorism expert because the government retained a terrorism expert."  (CR 104; *see also* CR 73 ¶¶ 9-10 (requesting time, in part, to consult with and retain a terrorism expert); CR 84 ¶ 6 (stating defendant retained a terrorism expert on November 18, 2017).)  The government has requested disclosure of defendant's expert report on multiple occasions over many months, so that the government is afforded a reasonable and fair opportunity to evaluate it and provide any additional information respecting it to the Court to consider at sentencing.  Counsel's efforts to meet and confer on a reasonable schedule have not been successful.  In recent correspondence on the issue, defense counsel offered to give any "expert reports" to government counsel by June 18, 2018 – a mere four days prior to counsel's proposed filing date for defendant's sentencing position paper.  This proposed disclosure date prejudices the government's opportunity to respond.

Counsel for the government corresponded with defense counsel regarding this *ex parte* application.  Defense counsel advised that they oppose.

The government disclosed its terrorism expert's report to defendant and the United States Probation Office in good faith eight months ago, on September 25, 2017.  (*See* CR 85 at 3.)  Defendant's January 11, 2018 *ex parte* request for a continuance stated he retained Dr. Marc Sageman in November 2017.  (CR 84 ¶ 6)  Dr. Sageman is an expert witness psychiatrist who previously testified in death penalty cases and in terrorism matters.  As the government has

previously noted, it is concerned that defendant is seeking to introduce mental health issues late in the proceedings, without allowing the government a fair opportunity to explore those issues. (*See* CR 101 at 3 n.2.) The government has on multiple occasions requested a copy of Dr. Sageman's report but defendant refused. Continued delay in providing this information deprives the government of its opportunity to examine the potential issues Dr. Sageman may raise, determine whether an independent mental health examination is warranted, and, if so, to retain a neutral expert witness to conduct that evaluation.

Given the length of time defendant has had the government's expert report and that defendant's most recent request to continue sentencing was filed in the afternoon of April 9, 2018, which was the deadline for defendant's sentencing brief pursuant to the agreed-upon Court-ordered schedule, one would reasonably expect that defendant had the expert report completed at that time.

Defendant's continued insistence on holding back his report(s), denies the government a realistic opportunity to evaluate it and respond, if necessary, in a meaningful way prior to the July 13, 2018 sentencing hearing date. This may also deprive the United States Probation Office and the Court the opportunity to receive information they should receive. Respecting the Court's schedule, as well as the interests of the victims and the parties, the government is trying to avoid a need for another last-minute continuance, if it can be avoided. This issue is even more pressing as the Court's April 11, 2018 Order granting defendant's *ex parte* application to continue sentencing, over the government's objection, stated that the Court

will not consider further requests to continue sentencing.  (*See* CR 105.)

Accordingly, the government respectfully requests the Court to order defendant to disclose to the government any expert reports he intends to introduce in support of his position at sentencing no later than May 30, 2018.

| Dated: May 25, 2018 | Respectfully submitted, |
|---|---|
| | TRACY L. WILKISON<br>Attorney for the United States,<br>Acting Under Authority Conferred by<br>28 U.S.C. § 515 |
| | PATRICK R. FITZGERALD<br>Assistant United States Attorney<br>Chief, National Security Division |
| | */s/ Melanie Sartoris*<br>CHRISTOPHER R. GRIGG<br>DEIRDRE Z. ELIOT<br>MELANIE SARTORIS<br>Assistant United States Attorneys |
| | Attorneys for Plaintiff<br>UNITED STATES OF AMERICA |

3