TRACY L. WILKISON
Attorney for the United States,
Acting Under Authority Conferred by
28 U.S.C. § 515
PATRICK R. FITZGERALD
Assistant United States Attorney
Chief, National Security Division
CHRISTOPHER D. GRIGG (California Bar No. 220243)
Assistant United States Attorney
Chief, Terrorism and Export Crimes Section
MELANIE SARTORIS (California Bar No. 217560)
DEIRDRE Z. ELIOT (California Bar No. 145007)
Assistant United States Attorneys
Terrorism and Export Crimes Section
     3403 Tenth Street
     Suite 200
     Riverside, California 92501
     Telephone: (213) 894-5429
                (213) 894-5615
                (714) 338-3599
     Facsimile: (213) 894-7631
                (714) 338-3561
     E-mail:    christopher.grigg@usdoj.gov
                melanie.sartoris@usdoj.gov
                deirdre.eliot@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. EDCR 15-93-JGB |
| Plaintiff, | ORDER REQUIRING DISCLOSURE OF DEFENDANT'S EXPERT REPORT(S) |
| v. | |
| ENRIQUE MARQUEZ, JR., | |
| Defendant. | NOTE: CHANGES MADE BY THE COURT |

///
///
///
///
///

For good cause shown,

    Defendant shall disclose to the government any experts and/or expert reports that defendant intends to rely on in support of his position regarding sentencing no later than **June 5**, 2018.

    IT IS SO ORDERED.

Date: May 31, 2018

THE HONORABLE JESUS G. BERNAL
United States District Judge

Presented by:

*/s/ Melanie Sartoris*
MELANIE SARTORIS
Assistant United States Attorney