HILARY POTASHNER (Bar No. 167060)
Federal Public Defender
AMY M. KARLIN (Bar No150016)
(E-Mail: Amy_Karlin@fd.org)
Deputy Federal Public Defender
411 West Fourth Street, Suite 7110
Santa Ana, California 92701-4598
Telephone: (714) 338-4500
Facsimile: (714) 338-4520

Attorneys for Defendant
ENRIQUE MARQUEZ, JR

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>ENRIQUE MARQUEZ, JR,<br><br>   Defendant. | Case No. 15-0093-JGB<br><br>**EX PARTE APPLICATION FOR ORDER RELIEVING FEDERAL PUBLIC DEFENDER AND APPOINTING CJA PANEL COUNSEL BASED ON CONFLICT OF INTEREST; DECLARATION OF AMY M. KARLIN** |

Defendant Enrique Marquez, Jr, by and through his attorney of record, Deputy Federal Public Defender Amy M. Karlin, applies pursuant to Local Rule 44-1 for an order relieving the Office of the Federal Public Defender and appointing a CJA Panel Attorney to represent him based upon a conflict of interest.

This application is based on the attached declaration of counsel, all files and records in this case, and such further information as may be provided to the court with respect to this application.

Respectfully submitted,

HILARY POTASHNER
Federal Public Defender

DATED: June 5, 2018            By  /s/ AMY M. KARLIN
                                AMY M. KARLIN
                                Deputy Federal Public Defender

## DECLARATION OF AMY M. KARLIN

I, Amy M. Karlin, declare:

1. I am a Deputy Federal Public Defender in the Central District of California and the Directing Attorney for the Santa Ana branch of the Office of the Federal Public Defender. The Office of the Federal Public Defender was appointed to represent Mr. Marquez in the above entitled action.

2. After internal discussions with Federal Public Defender Hilary Potashner and Los Angeles Trial Chief Anne Hwang, the Office of the Federal Public Defender has determined it has a conflict of interest preventing it from continuing its representation of Mr. Marquez. The basis for the request is submitted in a declaration submitted concurrently herewith in camera.

3. I am respectfully requesting that the Office of the Federal Public Defender be relieved and that a CJA panel attorney be appointed for Mr. Marquez. Mr. Marquez has been advised this ex parte application would be filed seeking new counsel for him.

4. On June 5, 2018, I emailed Assistant United States Attorney Melanie Sartoris regarding this ex parte application.

5. In light of this request, I am respectfully requesting that the Court vacate its order of June 4, 2018 requiring disclosure of expert reports.

DATED: June 5, 2018        By  /s/ AMY M. KARLIN
                                                AMY M. KARLIN
                                                Deputy Federal Public Defender