TRACY L. WILKISON
Attorney for the United States,
Acting Under Authority Conferred by
28 U.S.C. § 515
PATRICK R. FITZGERALD
Assistant United States Attorney
Chief, National Security Division
CHRISTOPHER D. GRIGG (California Bar No. 220243)
Assistant United States Attorney
Chief, Terrorism and Export Crimes Section
MELANIE SARTORIS (California Bar No. 217560)
DEIRDRE Z. ELIOT (California Bar No. 145007)
Assistant United States Attorneys
Terrorism and Export Crimes Section
     3403 Tenth Street
     Suite 200
     Riverside, California 92501
     Telephone: (213) 894-5429
                (213) 894-5615
                (714) 338-3599
     Facsimile: (213) 894-7631
                (714) 338-3561
     E-mail:    christopher.grigg@usdoj.gov
                melanie.sartoris@usdoj.gov
                deirdre.eliot@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>               v.<br><br>ENRIQUE MARQUEZ, JR.,<br><br>           Defendant. | No. ED CR 15-00093-JGB<br><br>**GOVERNMENT'S PARTIAL OPPOSITION TO DEFENDANT'S *EX PARTE* APPLICATION FOR ORDER RELIEVING FEDERAL PUBLIC DEFENDER AND APPOINTING CJA PANEL COUNSEL** |

The government hereby partially opposes defendant's Ex Parte Application for Order Relieving Federal Public Defender and Appointing CJA Panel Counsel, Dkt. 131 ("Application"). In the Application, counsel seeks two forms of relief: (a) to be removed

from the case; and (b) an order vacating the June 5, 2018--i.e., today's--deadline for defendant to disclose his expert reports. The government takes no position as to the former but strongly opposes the latter.

The government lacks sufficient information to take a position regarding any conflict of interest that may have arisen because it lacks access to defendant's *in camera* filing supporting the Application. But this possible conflict appears to have arisen after the Federal Public Defender's Office has represented Mr. Marquez for over two years. As counsel and the Court are aware, sentencing in this matter has been delayed multiple times over the government's objection. The government is concerned that the requested substitution of counsel will result in further delay and further unfairness to the government and the victims.

The government strongly opposes any request to vacate the Court's order directing defendant to disclose his expert reports, Dkt. 129 (which represents yet another instance of the defendant waiting until the day of a deadline to attempt to avoid complying with it). Disclosure of the defense reports remains necessary to

///
///
///

avoid further last-minute delays in the proceedings.  The order was ministerial in nature and therefore should be obeyed whether or not any conflict exists.

Dated: June 5, 2018

Respectfully submitted,

TRACY L. WILKISON
Attorney for the United States,
Acting Under Authority Conferred by
28 U.S.C. § 515

PATRICK R. FITZGERALD
Assistant United States Attorney
Chief, National Security Division

*/s/ Christopher D. Grigg*
CHRISTOPHER D. GRIGG
MELANIE SARTORIS
DEIRDRE Z. ELIOT
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA