HILARY POTASHNER (Bar No. 167060)
Federal Public Defender
(E-mail: Hilary_Potashner@fd.org)
AMY M. KARLIN (Bar No. 150016)
(E-Mail: Amy_Karlin@fd.org)
Deputy Federal Public Defender
411 West Fourth Street, Suite 7110
Santa Ana, California 92701-4598
Telephone: (714) 338-4500
Facsimile: (714) 338-4520

Attorneys for Defendant
ENRIQUE MARQUEZ, JR.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ENRIQUE MARQUEZ, JR,<br><br>Defendant. | Case No. ED CR 15-0093-JGB<br><br>**OBJECTION TO GOVERNMENT'S PARTIAL OPPOSITION TO DEFENDANT'S EX PARTE APPLICATION FOR ORDER RELIEVING FEDERAL PUBLIC DEFENDER AND APPOINTING CJA PANEL COUNSEL** |

The Office of the Federal Public Defender objects to the government's request for immediate disclosure of any expert reports that Mr. Marquez intends to rely upon in support of his sentencing position. As stated in the Ex Parte Application filed on June 5, 2018, we have a conflict of interest in continuing our representation of Mr. Marquez. Any decision regarding the substance of a sentencing position paper and the disclosure of any reports that may be used in preparation of that report must be made by Mr. Marquez' new counsel.

Respectfully submitted,

HILARY POTASHNER
Federal Public Defender

DATED: June 6, 2018    By  */s/ Amy M. Karlin*
                            AMY M. KARLIN, DFPD