## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | | |
|---|---|---|
| Case No. | EDCR15-00093-JGB | Date: June 13, 2018 |

Present: The Honorable **JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE**

Interpreter:

| Maynor Galvez | Adele C. Frazier | Christopher D. Grigg |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| ENRIQUE MARQUEZ, JR. | X | X | | Anne Hwang<br>Hilary Potashner<br>Angela Viramontes<br>Young Kim | X | X | |

**Proceedings:** **HEARING RE EX-PARTE APPLICATION FOR RELIEVING FEDERAL PUBLIC DEFENDER AND APPOINTING CJA COUNSEL BASED ON CONFLICT OF INTEREST [131]**

Counsel make their appearances as noted above.

The Court seals the courtroom to hear the request by the Federal Public Defender to be relieved as counsel of record.

The Court grants the request and relieves the Federal Public Defender. The Court appoints John N. Aquilina from the Federal Indigent Panel. The clerk is ordered to add John N. Aquilina to the docket.

The Court orders counsel to meet and confer and file a status report no later than June 28, 2018. The status report shall be filed under seal.

The Court vacates the sentencing hearing date currently set for July 13, 2018. A new date will be issued at a later time.

The Court vacates its prior order requiring disclosure of experts and/or expert reports (Doc. No. 129).

IT IS SO ORDERED.

_____ : 20

Initials of Deputy Clerk: MG

cc: USM; USPO, CJA