MELANIE SARTORIS
Assistant United States Attorney
California Bar Number: 217560
1300 United States Courthouse
312 North Spring Street
Los Angeles, CA  90012
Telephone: (213) 894-5615

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | ED CR 15-93-JGB |
| v. | |
| ENRIQUE MARQUEZ, JR. | NOTICE OF MANUAL FILING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**

JOINT STATUS REPORT [UNDER SEAL PURSUANT TO THE COURT'S JULY 13, 2018 ORDER] AND [PROPOSED] ORDER [UNDER SEAL]

**Document Description:**

☐  Administrative Record

☐  Exhibits

☐  Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☑  Other  - see list above

**Reason:**

☑  Under Seal

☐  Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐  Electronic versions are not available to filer

☐  Per Court order dated _____

☐  Manual Filing required (*reason*):

| October 12, 2018 | Melanie Sartoris |
|---|---|
| Date | Attorney Name |
| | United States of America |
| | Party Represented |

Note:  File one Notice in each case, each time you manually file document(s).

G-92 (03/09)                                    NOTICE OF MANUAL FILING