# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | EDCR15-00093-JGB |
| Date | January 25, 2019 |

Present: The Honorable **JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE**

Interpreter

| Maynor Galvez | Adele C. Frazier | Christopher D. Grigg<br>Melanie Sartoris |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| ENRIQUE MARQUEZ, JR. | X | X | | John Aquilina, CJA | X | X | |

**Proceedings:** STATUS CONFERENCE

Counsel make their appearances as noted above. The Court and counsel confer. Counsel for Defendant informs the Court that he anticipates filing a motion by May 13, 2019.

| | : | 11 |
|---|---|---|
| Initials of Deputy Clerk | MG | |

cc: USM, USPO, CJA