JOHN N. AQUILINA
Attorney-at-Law
California Bar No. 096880
P.O. Box 80189
Rancho Santa Margarita, California 92688
Telephone: 951-682-1700
E-Mail: Aquilina@johnaquilina.com

Attorney for Defendant,
ENRIQUE MARQUEZ, Jr.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  Plaintiff, )<br> )<br>vs. )<br> )<br>ENRIQUE MARQUEZ, Jr., )<br>  Defendant. )<br>_____ ) | Case No. 5:15-cr-00093-JGB<br><br>DEFENDANT'S STATUS REPORT |

TO: HON. JESUS G. BERNAL, JUDGE FOR THE UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION; NICOLA T. HANNA, UNITED STATES ATTORNEY, by CHRISTOPHER GRIGG and MELANIE SARTORIS, ASSISTANT UNITED STATES ATTORNEY; AND TO THE CLERK OF THE UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION:

PLEASE TAKE NOTICE that the defendant, ENRIQUE MARQUEZ, Jr., by and through his attorney of record, JOHN N. AQUILINA, hereby submits the following status report in regard to the defendant's proposed motion to withdraw

1

his plea of guilt entered on February 16, 2017, as to count I of the indictment filed herein, to wit: a violation of 18 U.S.C. section 2339A, subdivision (a), conspiracy to provide material support and resources to be used in preparation for, and in carrying out, violations of 18 U.S.C. section 844, subdivisions (f)(1) and (i), maliciously damaging or destroying an institution or organization, and a building, vehicle or other real or personal property, respectively.

That, on February 16, 2017, the defendant appeared in this court represented by the Federal Public Defender and entered pleas of guilty to the aforementioned charge set forth in count I of the indictment.

That, on June 13, 2018, the court appointed current counsel as substitute counsel in place of the Federal Public Defender.

That, on January 25, 2019, counsel represented to the court and counsel for the Government the defense intent to file the afore-mentioned motion for an order allowing the defendant to withdraw his plea of guilty to count I of the indictment, and counsel anticipated the filing would occur on or before May 13, 2019. (See court's minutes, dated January 25, 2019, a copy of which is attached and annexed hereto, incorporated by reference herein, and marked as Exhibit "A" [Doc. #152].)

That, due to unforeseen circumstances, the defense is unable to complete and file the notice of motion and motion by May 13, 2019; however, counsel will do so on or before May 28, 2019, without any further delays or extensions of time.

That, on May 9 and May 13, 2019, defense counsel informed counsel for the Government by e-mail and attempted telephone calls of the anticipated delay in filing, and the reasons for the delay, but has received no response from counsel for the Government.

That, should the court require additional information for the reasons the defense was unable to complete and file the notice of motion and motion by May 13, 2019, counsel is prepared to do so either by a declaration or at a hearing in open court.

Dated: May 13, 2019, at Mission Viejo, California.

                                      Respectfully submitted,

                                    /s/ John N. Aquilina
                                  JOHN N. AQUILINA
                                  Attorney for Defendant,
                                  ENRIQUE MARQUEZ, Jr.