JOHN N. AQUILINA
Attorney-at-Law
California Bar No. 096880
P.O. Box 80189
Rancho Santa Margarita, California 92688
Telephone:  951-682-1700
E-Mail:    Aquilina@johnaquilina.com

Attorney for Defendant,
ENRIQUE MARQUEZ, Jr.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | Case No. 5:15-cr-00093-JGB |
| | ) | |
| vs. | ) | DEFENDANT'S STATUS REPORT |
| | ) | EXHIBIT "A" |
| ENRIQUE MARQUEZ, Jr., | ) | |
| Defendant. | ) | |
| | ) | |

EXHIBIT "A"

COURT MINUTES - January 25, 2019

4

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | EDCR15-00093-JGB |
| Date | January 25, 2019 |

Present: The Honorable **JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE**

Interpreter

| Maynor Galvez | Adele C. Frazier | Christopher D. Grigg<br>Melanie Sartoris |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| ENRIQUE MARQUEZ, JR. | X | X | | John Aquilina, CJA | X | X | |

**Proceedings:** STATUS CONFERENCE

    Counsel make their appearances as noted above. The Court and counsel confer. Counsel for Defendant informs the Court that he anticipates filing a motion by May 13, 2019.

| | : | 11 |
|---|---|---|
| | Initials of Deputy Clerk | MG |

cc: USM, USPO, CJA

EXHIBIT "A"

5

CR-11 (09/98)      **CRIMINAL MINUTES - GENERAL**      Page 1 of 1