JOHN N. AQUILINA          Cal. Bar No 096880
P.O. Box 80189
Rancho Santa Margarita, Ca. 92688
951-682-1700
Aquilina@johnaquilina.com

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S)<br>v.<br>ENRIQUE MARQUEZ, Jr.<br><br>DEFENDANT(S). | 5;15-cr-00093-JGB<br><br>**NOTICE OF MANUAL FILING**<br>**OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually  [✔] Filed   [ ] Lodged: **(List Documents)**

Defendant's notice of motion and motion to withdraw plea and supporting exhibits
Proposed order on motion to withdraw plea
Ex parte application and proposed order for filing excess pages
Ex pate application and proposed order for filing under seal

**Reason:**
[✔]   Under Seal
[ ]   In Camera
[ ]   Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
[ ]   Per Court order dated: _____
[ ]   Other:

May 24, 2019                                              JOHN N. AQUILINA
_____                                    _____
Date                                                      Attorney Name
                                                          Defendant, ENRIQUE MARQUEZ, Jr.
                                                          _____
                                                          Party Represented

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                    NOTICE OF MANUAL FILING OR LODGING