JOHN N. AQUILINA        Cal. Bar No 096880
P.O. Box 80189
Rancho Santa Margarita, Ca. 92688
951-682-1700
Aquilina@johnaquilina.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) v. | 5:15-cr-00093-JGB |
| ENRIQUE MARQUEZ, Jr. | **NOTICE OF MANUAL FILING OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed  ☑ Lodged: **(List Documents)**

Defendant's notice of motion and motion to withdraw plea, Exhibit "B"
Ex parte application and proposed order to file exhibit under seal

**Reason:**
- ☑ Under Seal
- ☐ In Camera
- ☑ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- ☐ Per Court order dated: _____
- ☐ Other:

May 24, 2019                                    JOHN N. AQUILINA
_____                                     _____
Date                                            Attorney Name
                                                Defendant, ENRIQUE MARQUEZ, Jr.
                                                _____
                                                Party Represented

Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).