```
1  NICOLA T. HANNA
   United States Attorney
2  JOSEPH B. WIDMAN
   Assistant United States Attorney
3  Chief, Riverside Branch
   JULIUS J. NAM (Cal. Bar No. 288961)
4  Assistant United States Attorney
   Riverside Branch Office
5       3403 Tenth Street
        Suite 200
6       Riverside, California 92501
        Telephone: (951) 276-6942
7       Facsimile: (951) 276-6202
        E-mail: Julius.nam@usdoj.gov
8
   Attorneys for Respondent
9  UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. ED CR-15-00093-JGB |
|---|---|
| Plaintiff, | |
| v. | NOTICE OF APPEARANCE |
| ENRIQUE MARQUEZ, Jr., | |
| Defendants. | |

Plaintiff, by and through his attorney, the United States Attorney for the Central District of California, hereby advises the Court that the above-captioned case has been assigned to a new Assistant United States Attorney ("AUSA") as follows:

|  | Name | E-mail Address |
|---|---|---|
| Assigned AUSA: | Julius J. Nam | julius.nam@usdoj.gov |

Please make all necessary changes to the Court's Case Management/Electronic Case Filing system to ensure that the newly-assigned AUSA's name is associated with this case as attorney of record for the Plaintiff and that the AUSA receives all emails

relating to filings in this case.

Dated: May 22, 2019						Respectfully submitted,

							NICOLA T. HANNA
							United States Attorney

							JOSEPH B. WIDMAN
							Assistant United States Attorney
							Chief, Riverside Branch Office

							        /S/
							_____
							JULIUS J. NAM
							Assistant U.S. Attorney
							Attorneys for Plaintiff
							UNITED STATES OF AMERICA