JOHN N. AQUILINA           Cal. Bar No. 096880
P.O. Box 80189
Rancho Santa Margarita, Ca. 92688
951-682-1700
Aquilina@johnaquilina.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 5:15-cr-00093-JGB |
| v. | |
| ENRIQUE MARQUEZ, Jr. | NOTICE OF MANUAL FILING OR LODGING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually  [✓] Filed   [ ] Lodged:  **(List Documents)**

Defendant's supplemental motion in support of motion to withdraw plea
Supporting Exhibit "C"
Ex parte application and proposed order for filing under seal

**Reason:**

[✓] Under Seal
[ ] In Camera
[ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
[ ] Per Court order dated: _____
[ ] Other:

June 10, 2019                                         JOHN N. AQUILINA
Date                                                  Attorney Name
                                                      Defendant, ENRIQUE MARQUEZ, Jr.
                                                      Party Represented

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                    NOTICE OF MANUAL FILING OR LODGING