JULIUS J. NAM (Cal Bar No. 288961) - AUSA
3403 Tenth Street, Suite 200
Riverside, CA 92501
Phone: 951-276-6942 / e-mail: julius.nam@usdoj.gov
Attorneys for Plaintiff, United States of America

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) v. DEFENDANT, DEFENDANT(S). | ED CR 15-93-JGB |
| | **NOTICE OF MANUAL FILING OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed ☑ Lodged: **(List Documents)**

Government's Ex Parte Application for Order Sealing Documents; Declaration of Julius J. Nam; [Proposed] Order Sealing Documents; and
Documents Filed Under Seal

**Reason:**
☑ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

August 6, 2019
Date

JULIUS J. NAM
Attorney Name
UNITED STATES OF AMERICA
Party Represented

*Note:  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)  NOTICE OF MANUAL FILING OR LODGING