JULIUS J. NAM (Cal Bar No. 288961) - AUSA
3403 Tenth Street, Suite 200
Riverside, CA 92501
Phone: 951-276-6942 / e-mail: julius.nam@usdoj.gov
Attorneys for Plaintiff, United States of America

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | ED CR 15-93-JGB |
| v. | |
| DEFENDANT, | **NOTICE OF MANUAL FILING OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually [✓] Filed   [ ] Lodged:  (**List Documents**)

Government's Ex Parte Application for Order Sealing Documents; Declaration of Julius J. Nam;
[Proposed] Order Sealing Documents; and
Document Filed Under Seal
[Proposed] Order

**Reason:**
[✓]  Under Seal
[ ]  In Camera
[ ]  Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
[ ]  Per Court order dated: _____
[ ]  Other:

August 15, 2019                              JULIUS J. NAM
Date                                         Attorney Name
                                             UNITED STATES OF AMERICA
                                             Party Represented

Note:  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).

G-92 (05/15)                    NOTICE OF MANUAL FILING OR LODGING