JOHN N. AQUILINA
Attorney-at-Law
California Bar No. 096880
P.O. Box 80189
Rancho Santa Margarita, Ca. 92688
Telephone: 951-682-1700
E-Mail:     Aquilina@johnaquilina.com

Attorney for Defendant,
ENRIQUE MARQUEZ, Jr.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | Case No. 5:15-cr-00093-JGB |
| | ) | |
| vs. | ) | STIPULATION TO CONTINUE |
| | ) | SENTENCING HEARING DATE |
| ENRIQUE MARQUEZ, Jr., | ) | |
| Defendant. | ) | Current Sent. Date:   08-17-20 (2:00 pm) |
| | ) | Proposed Sent. Date: 10-23-20 (9:00 am) |

Plaintiff United States of America, by and through its counsel of record, CHRISTOPHER GRIGG, MELANIE SARTORIS, and JULIUS NAM, Assistant United States Attorneys for the Central District of California, and defendant, ENRIQUE MARQUEZ, Jr., by and through his counsel, JOHN N. AQUILINA, subject to an order of this court, hereby stipulate and request the sentencing hearing in this case be continued from August 17, 2020, to October 23, 2020, at 9:00 a.m., on the following representations:

1

1. On February 16, 2017, before the Hon. Jesus G. Bernal, the defendant, Enrique Marquez. Jr., moved to change his not guilty pleas, and entered pleas of guilty to counts I and II of the indictment, to wit, a violation of 18 U.S.C. section 2339A, subdivision (a), conspiracy to provide material support and resources to be used in preparation for, and in carrying out, violations of 18 U.S.C. section 844, subdivisions (f)(1) and (i), maliciously damaging or destroying an institution or organization, and a building, vehicle or other real or personal property, and a violation of 18 U.S.C. section 922, subdivision (a)(6), making a false statement in the purchase of a firearm, respectively.

2. On October 2, 2017, the United States Probation Department disclosed its pre-sentence report and recommendation letter to the court and counsel.

3. On October 16, 2017, counsel for the Government filed an objection to the Probation Department's pre-sentence report.

4. On April 9, 2018, counsel for the Government filed its position regarding the sentence recommended and to be imposed in this matter.

5. On May 24, 2019, the defendant filed a notice of motion and motion to withdraw his guilty plea as to count I of the indictment, the matter came on to be heard by the court on January 30-31, 2020, and was denied by order of the court on June 10, 2020. By this order, the court scheduled the defendant's sentencing hearing on August 17, 2020.

6. Based on defense counsel's review of the extensive discovery provided, the voluminous materials relevant to the defendant's pending sentencing, and the significant and multiple issues to be addressed in the defendant's sentencing position brief, additional time is required so that defense counsel has a complete and sufficient opportunity to research and investigate the issues and facts relevant to the sentence to be imposed in this matter.

7. Counsel anticipates that, subsequent to the filing of the defendant's sentencing position brief, counsel for the Government and the Probation Officer will prepare and file supplemental briefs and reports, respectively.

8. By this stipulation, it is current defense counsel's initial application seeking a continuance of the defendant's sentencing.

9. Based on the foregoing, additional time is required so that counsel for the defendant can complete the research and investigation required, and prepare and timely file the defendant's sentencing position brief, which is necessary for the court to determine the appropriate sentence to be imposed in this matter.

10. Counsel for the Government and defendant concur in the request for the continuance sought herein.

11. Due to the current public health crisis, counsel has not secured the defendant's signature; however, having discussed this stipulation to continue the sentencing hearing with defendant, he consented to the continuance requested.

IT IS SO STIPULATED.

Dated: July 24, 2020.	NICOLA T. HANNA
	UNITED STATES ATTORNEY


	 /s/ Julius Nam, by authorization
	CHRISTOPHER GRIGG
	MELANIE SARTORIS
	JULIUS NAM
	Assistant United States Attorneys
	Attorney for Plaintiff,
	UNITED STATES OF AMERICA


Dated: July 23, 2020.	 /s/ John N. Aquilina
	JOHN AQUILINA
	Attorney for Defendant,
	ENRIQUE MARQUEZ. Jr.