# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>ENRIQUE MARQUEZ, Jr.,<br>Defendant. | Case No. 5:15-cr-00093-JGB<br><br>[PROPOSED] ORDER CONTINU-<br>ING SENTENCING HEARING<br>DATE<br><br>Current Sent. Date:    08-17-20 (2:00 pm)<br>Proposed Sent. Date: 10-23-20 (9:00 am) |

Counsel for the Government and defendant having submitted a stipulation

to continue the sentencing hearing date in this matter, and

GOOD CAUSE having been shown,

IT IS HEREBY ORDERED that the sentencing hearing date in this matter is

continued from August 17, 2020, to October 23, 2020, at _____ a.m.

Dated: July ____, 2020, at Riverside, California.


_____
HON. JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE