UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 5:15-cr-00093-JGB |
| Plaintiff, | ) | |
| | ) | ORDER CONTINUING |
| vs. | ) | SENTENCING HEARING |
| | ) | DATE |
| ENRIQUE MARQUEZ, Jr., | ) | |
| Defendant. | ) | Current Sent. Date: 08-17-20 (2:00 pm) |
| | ) | Proposed Sent. Date: 10-23-20 (9:00 am) |

Counsel for the Government and defendant having submitted a stipulation to continue the sentencing hearing date in this matter, and

GOOD CAUSE having been shown,

IT IS HEREBY ORDERED that the sentencing hearing date in this matter is continued from August 17, 2020, to October 23, 2020, at 9:00 a.m.

Dated: July 24, 2020, at Riverside, California.

HON. JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE

cc: USPO/USM