| | |
|---|---|
| JOHN N. AQUILINA    Ca. Bar No. 096880<br>P.O. Box 80189<br>Rancho Santa Margarita, Ca. 92688<br>951-682-1700<br>Aquilina@johnaquilina.com | |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>PLAINTIFF(S)<br>v.<br>ENRIQUE MARQUEZ, Jr.<br><br>DEFENDANT(S). | CASE NUMBER:<br>5:15-cr-00093-JGB<br><br>**NOTICE OF MANUAL FILING**<br>**OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually  [✔] Filed   [ ] Lodged:  (**List Documents**)

Defendant's sentencing position and supporting exhibits
Ex parte application and proposed order for filing under seal
Ex parte application and proposed order to file excessive pages

**Reason:**
[✔] Under Seal
[ ] In Camera
[ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
[ ] Per Court order dated: _____
[ ] Other:

September 16, 2020                                    JOHN N. AQUILINA
Date                                                  Attorney Name
                                                      Defendant, Enrique Marquez, Jr.
                                                      Party Represented

*Note:*   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).

G-92 (05/15)                    NOTICE OF MANUAL FILING OR LODGING