UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – GENERAL

Case No.  EDCR15-00093-JGB                                     Date: October 20, 2020

Present: The Honorable:  **JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE**

Interpreter: N/A

| Maynor Galvez / Noe U. Ponce | Phyllis A. Preston | Julius Nam - (Telephone)<br>Christopher Grigg - (Telephone)<br>Melanie Ann Hanson Sartoris – (Telephone) |
|---|---|---|
| *Deputy Clerks* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s) | Present | Cust | Bond | Attorneys for Defendants: | Present | App | Ret |
|---|---|---|---|---|---|---|---|
| Enrique Marquez, Jr.  (Presence Waived) | | | | John Aquilina, CJA (Telephone) | | √ | √ |

**Proceedings:  Telephonic Status Conference - (Held and Completed)**

The case is called, and counsel state their appearances.

A status conference was held.

The Court orders the parties to confer and coordinate with each other, and to provide the information requested by the Court, as stated on the record.

**IT IS SO ORDERED.**

CC:  POLA / USMED

                                                                                    00:25
                                                           Initials of Deputy Clerk   MG/NP