JOHN N. AQUILINA
Attorney-at-Law
California Bar No. 096880
P.O. Box 80189
Rancho Santa Margarita, California 92688
Telephone: 951-682-1700
E-Mail:   Aquilina@johnaquilina.com

Attorney for Defendant,
ENRIQUE MARQUEZ, Jr.,

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>ENRIQUE MARQUEZ, Jr.,<br>　　　　　　　　Defendant. | Case No. 5:15-cr-00093-JGB<br><br>NOTICE OF ERRATA |

　　　　JOHN N. AQUILINA, counsel for defendant, ENRIQUE MARQUEZ, Jr., hereby notices and submits this NOTICE OF ERRATA to correct an error in the filing of an unredacted objection (Document number 293), which was erroneously filed by counsel for defendant with this court on October 22, 2020. As a result of this error, counsel requests that this filing be stricken and voided by this court.

　　　　Dated:　　October 22, 2020.　　　　/s/ John N. Aquilina
　　　　　　　　　　　　　　　　　　　　　　　　JOHN N. AQUILINA
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for defendant,
　　　　　　　　　　　　　　　　　　　　　　　　Enrique Marquez, Jr.