Name: JOHN N. AQUILINA
Address: P.O. Box 80189
City, State, Zip: Rancho Santa Margarita, California 92688
Phone: 951-682-1700
Fax: _____
E-Mail: Aquilina@johnaquilina.com

☐ FPD   ☐ Appointed   ☒ CJA   ☐ Pro Per   ☐ Retained

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> PLAINTIFF(S), <br> v. <br><br> ENRIQUE MARQUEZ, Jr. <br><br> DEFENDANT(S). | CASE NUMBER: <br><br> 5:15-cr-00093-JGB <br><br> **NOTICE OF APPEAL** |

NOTICE IS HEREBY GIVEN that __ENRIQUE MARQUEZ, Jr.__ hereby appeals to
*Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☒ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☐ Order (specify):

☐ Judgment (specify):

☐ Other (specify):

Imposed or Filed on __October 23, 2020__. Entered on the docket in this action on __(Not yet entered)__.

A copy of said judgment or order is attached hereto.

November 6, 2020                     /s/ John N. Aquilina
Date                                 Signature
                                     ☐ Appellant/ProSe   ☒ Counsel for Appellant   ☐ Deputy Clerk

Note: The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).

A-2 (01/07)                          NOTICE OF APPEAL