**FILED**

**NOV 24 2020**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| UNITED STATES OF AMERICA, | No. 20-50325 |
|---|---|
| Plaintiff-Appellee, | D.C. No. 5:15-cr-00093-JGB |
| v. | Central District of California, Los Angeles |
| ENRIQUE MARQUEZ, Jr., | ORDER |
| Defendant-Appellant. | |

Before: Peter L. Shaw, Appellate Commissioner.

The motion of appellant's appointed counsel, John N. Aquilina, Esq., to be relieved as counsel of record and for appointment of new counsel (Docket Entry No. 2) is granted. Counsel will be appointed by separate order.

The Clerk shall electronically serve this order on the appointing authority for the Central District of California, who will locate appointed counsel. The appointing authority shall send notification of the name, address, and telephone number of appointed counsel to the Clerk of this court at counselappointments@ca9.uscourts.gov within 14 days of locating counsel.

New counsel shall designate the reporter's transcripts by December 14, 2020. The transcript is due January 14, 2021. Appellant's opening brief and excerpts of record are due February 23, 2021; appellee's answering brief is due

March 25, 2021; and the optional reply brief is due within 21 days after service of the answering brief.

The Clerk shall serve this order on former counsel Aquilina and on appellant individually at Reg. No. 71450-112, MDC Los Angeles, Metropolitan Detention Center, P.O. Box 1500, Los Angeles, CA 90053.