|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | JUL 8 2021 |
|  | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

UNITED STATES OF AMERICA,

    Plaintiff-Appellee,

 v.

ENRIQUE MARQUEZ, Jr.,

    Defendant-Appellant.

No. 20-50325

D.C. Nos.
5:15-cr-00093-JGB-1
5:15-cr-00093-JGB
Central District of California,
Los Angeles

ORDER

Before: Lisa B. Fitzgerald, Appellate Commissioner.

Appellant's unopposed motion (Docket Entry No. 17) to file under seal Volume 4 of the excerpts of record is granted. Appellant's unopposed motion to file a late brief (Docket Entry No. 14) is also granted.

The Clerk will publicly file the opening brief (Docket Entry No. 15), Volumes 1 through 3 of the excerpts of record (Docket Entry No. 16), and the motion to seal (Docket Entry No. 17-1). The Clerk will file under seal Volume 4 of the excerpts of record (Docket Entry No. 17-2).

The existing briefing schedule remains in effect.

AT/MOATT